United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-02798-JAW |
| Stacee Lynn Porter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Nov 12, 2025 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stacee Lynn Porter, 440 Cross Park Dr, Apt 1507, Pearl, MS 39208-9382 |
| | + | CROSS COUNTRY HEALTHCARE, ATTN: PAYROLL, 6551 PARK OF COMMERCE BLVD, BOCA RATON, FL 33487-8248 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John S. Simpson | on behalf of Creditor BankPlus A Mississippi Banking Corporation jsimpson@simpsonlawfirm.net, rboone@simpsonlawfirm.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Stacee Lynn Porter trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: November 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Mississippi

**IN THE MATTER OF:**                                                       **CASE NO.: 24-02798 - JAW**
**STACEE LYNN PORTER**
**SS#: XXX-XX-7668**

### RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

CROSS COUNTRY HEALTHCARE
ATTN: PAYROLL
6551 PARK OF COMMERCE BLVD
BOCA RATON, FL 33487


WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): NEW EMPLOYER

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##